IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY STONE,

        Plaintiff,

    v.

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

Case No. 19-cv-435-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Jeffrey Stone affirming the Commissioner's decision denying in part plaintiff's application for a period of disability, disability insurance benefits and supplemental security income.

  s/ R. Swanson, Deputy Clerk                              7/2/2020
Peter Oppeneer, Clerk of Court                               Date